## 23440.   FRIERSON v. MUTUAL REALTY COMPANY.

BROYLES, C. J.   Under the allegations of the petition, construed most strongly against the plaintiff, she was not exercising ordinary care when she approached the defendant's apartment house and *opened* a door therein and *simultaneously stepped into a dark and unlighted basement* (an unlighted stairway leading from the door down to the floor of the basement), and was precipitated to the basement floor.  The averment in the petition that she was exercising ordinary care was not supported by the facts set forth therein.  The court properly dismissed the case on general demurrer.  See *Hendricks* v. *Jones*, 28 *Ga. App.* 335 (111 S. E. 81), and cit.

      *Judgment affirmed.   MacIntyre and Guerry, JJ., concur.*

        DECIDED MARCH 29, 1934.

*Reuben A. Garland,* for plaintiff.
*Mitchell & Mitchell,* for defendant.


## 23509.   JONES et al. v. THE STATE.

MACINTYRE, J.   The bill of exceptions was certified by the trial judge on July 10, 1933.   The entry upon the bill of exceptions made by the clerk of the trial court is:   "Filed in office July 29, 1933."   Since it affirmatively appears that the bill of exceptions was not filed in the clerk's office within fifteen days after its certification by the trial judge, the writ of error must be dismissed.   Civil Code (1910), § 6167; *Johnson* v. *Atlanta*, 9 *Ga. App.* 302 (70 S. E. 1120); *Cone* v. *Buckner*, 39 *Ga. App.* 472 (147 S. E. 404); *Hutcheson* v. *State*, 43 *Ga. App* 330   (158 S. E. 639); *King* v. *State*, 169 *Ga.* 15 (2) (149 S. E. 650).

    *Writ of error dismissed.   Broyles, C. J., and Guerry J., concur.*

        DECIDED MARCH 29, 1934.

*Joseph E. Webb, Carlisle Cobb, Dorsey Davis,* for plaintiff in error.

*Henry H. West, solicitor-general,* contra.